NANCY REA, Respondent, v. MARGARET HORTON, Appellant. SALVATORE REA, Respondent, v. MARGARET HORTON, Appellant.— Order as resettled reversed on the law and motion denied, without costs and without prejudice to a new application when the case is properly on the calendar. The court was without authority to grant a preference until the case was properly on the calendar. (*Zimmerman* v. *Rahmeyer*, 230 App. Div. 719.) Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

ARCHIE SNYDER, Plaintiff, v. 1407 ROCKAWAY PARKWAY, INC., and Others, Defendants, and LOUIS FENICHEL, Appellant. PAUL HAAS, Receiver, etc., Respondent.— Order entered July 1, 1933, modified by eliminating the directory paragraphs therein contained and substituting therefor a provision that the tenant attorn to the receiver from June 16, 1933, and as so modified affirmed, with ten dollars costs and disbursements to appellant. The receiver qualified on June 16, 1933. The tenant was not liable to the receiver for rents paid before that time. Appeal from order of July 17, 1933, dismissed. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

JOHN SWEENEY, Respondent, v. JOHN E. BOYER, Appellant; THOMAS J. BOLAND and Another, Defendants.— Order of the County Court of Rockland county granting judgment on the pleadings and judgment entered pursuant thereto reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Respondent does not contend that issues of fact are not created by the amended answer. His contention is that no authority was given the appellant to serve the amended answer upon the respondent. That question is not before us. The only pleadings contained in the record are the complaints in the various actions which were consolidated in this action, and the amended answer. Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ., concur.

MORRIS TANENBAUM, Respondent, v. ABRAHAM HERZFELD, Also Known as ABE HERZFELD and Others, Appellants.— Judgment unanimously affirmed, with costs. In affirming we have taken into consideration the judgment roll in the brokerage action. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.